# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156409(38)

_____

*In re* Estate of EDWARD SADORSKI, SR.,
Deceased.

_____

ANN SADORSKI,
            Appellant,

v

KAREN MAHER, EDWARD SADORSKI, JR.,
KENNETH SADORSKI, and ESTELLE
SADORSKI,
            Appellees.

SC:  156409
COA:  332416
Macomb PC:  2014-214780-DE

_____/

On order of the Chief Justice, the motion of appellant to extend the time for filing her reply is GRANTED.  The reply will be accepted for filing if submitted on or before October 31, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk